UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
HANSA MEYER GLOBAL TRANSPORT  :
GmbH & Co. KG
                                                                           :
           Plaintiff,
                                                                           :   08 Civ. 1028 (HB)
     - against -                                                              ECF CASE
                                                                           :
INDEPENDENT CONTAINER LINE LTD;            RULE 7.1
ICL; EXACTA INTERNATIONAL INC.;      :     **DISCLOSURE STATEMENT**
SWIFT TRANSPORTATION CO. INC.;
                                                                           :
           Defendants.
                                                                           :
-----------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private nongovernmental corporate party discloses that the following are parent corporations of that party and the publicly held corporations that own 10% or more of the party's stock:

           Hansa Meyer Transport GmbH
           Hego Partner Holding GmbH


Date:   New York, New York
           January 31, 2008

                              *s/David L. Mazaroli*
                              _____
                              David L. Mazaroli (DM 3929)
                              Attorney for Plaintiff
                              11 Park Place - Suite 1214
                              New York, New York 10007
                              Tel.: (212)267-8480
                              Fax.: (212)732-7352
                              E-mail: dlm@mazarolilaw.com
                              File No.: 8XB-1633