Our File No.: 9102/SHV
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
*Attorneys for Defendant* Exacta International
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HANSA MEYER GLOBAL TRANSPORT GmbH & Co., KG,<br><br>                                        Plaintiff,<br>      -against-<br><br>INDEPENDENT CONTAINER LINE LTD; ICL; EXACTA INTERNATIONAL INC.; SWIFT TRANSPORTATION CO. INC.,<br><br>                                        Defendants. | Civil Action No.: **08 cv 01028**<br><br>**EXACTA ANSWER**<br>**RULE 7.1 STATMENT** |

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Exacta International certfies that upon information and belief this Defendant has no corporate parents, subsidiaries, or affiliates which are publicly traded in the United States.

Dated: New York, New York
       March 4, 2008

                              CICHANOWICZ, CALLAN, KEANE,
                              VENGROW & TEXTOR, LLP
                              61 Broadway, Suite 3000
                              New York, New York 10006
                              Attorney for Defendant *Exacta International*

                              By:    S/ Stephen Vengrow
                                     Steven H. Vengrow (3479)