```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08
```

# KEANE & MARLOWE, LLP

MARY ANN C. MARLOWE

*Member NY, NJ, CT Bars*
mmarlowe@keaneandmarlowe.com

197 ROUTE 18 SOUTH SUITE 3000
EAST BRUNSWICK, N.J. 08816
TELEPHONE (732) 951-8300
TELEFAX (732) 951-2005

E-MAIL ADDRESS:
reception@keaneandmarlowe.com

April 1, 2008


RECEIVED
APR - 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

**VIA FACSIMILE**

The Honorable Harold Baer, Jr.
United States District Court
Southern District of New York
500 Pearl Street – Room 2230
New York, New York 10007

Re: **Hansa Ameyer Global Transport GmbH & Co. KG
v. Independent Container Line Ltd; et al.
Docket No. 08 Civ._01028 HB (HB)**

Dear Judge Baer:

We were retained as counsel for defendant, Independent Container Line, Ltd. late yesterday afternoon and write to request a brief adjournment of the Pre-trial Conference currently scheduled for April 3, 2008 at 2 p.m.

We are in the process of reviewing the file and attempting to prepare for the Pre-Trial Conference. However, as a result of various conversations we have had today with counsel for plaintiff and both co-defendants, we believe it would be in the best interest of all concerned if the pre-trial conference were briefly adjourned. A brief adjournment would not only afford the undersigned time to review the relevant documents and better prepare for the pre-trial, but would, *inter alia,* provide time for the undersigned to provide opposing counsel with ICL's disclosure documents, participate in the preparation of the Pre-trial Scheduling Order, and look into the possibility of settlement of this relatively small matter.

A current copy of the docket report for the case is attached as per your Honor's Individual Rules and we have obtained the consent of all other parties to this request.

On behalf of ICL, we wish to thank the Court for its attention to this request and for any

*Adjourned to April 17 at 4 PM*

*Harold Baer, Jr. U.S.D.J.  4/1/08*

courtesies extended in this regard.

          Respectfully submitted,

          KEANE & MARLOWE, LLP

          *Mary Ann C. Marlowe*

          Mary Ann C. Marlowe  (MM 0723)

MCM:jm
Encl.

cc:  David L. Mazaroli, Esq.  (212) 732-7352

     Chichanowicz, Callan, Keane, Vengrow & Textor, LLP  (212) 344-7285
       Attn:  Jessica DeVivo, Esq.

     Wilson, Elser, Moskowitz, Edelman & Dicker, LLP  (212) 490-3038
       Attn:  Gregory S. Katz, Esq.