USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

Case 1:08-cv-01028-HB   Document 9   Filed 04/07/2008   Page 1 of 2

RECEIVED
APR 03 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

LAW OFFICES
# DAVID L. MAZAROLI
11 PARK PLACE
NEW YORK, NY 10007
E-mail: dlm@mazarolilaw.com
Telephone (212) 267-8480
Telefax (212) 732-7352

April 3, 2008

TELEFAX: (212) 805-7901

Honorable Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

JOINT APPLICATION

Re: Hansa Meyer Global Transport GmbH & Co., KG
v. Independent Container Line Ltd. et al.
08 Civ. 1028 (HB)
Our File: 8XB-1633

Dear Judge Baer:

    I represent the plaintiff in this action which involves a claim for cargo damage. Your Honor adjourned the April 3, 2008 initial court conference pursuant to a consent application by defense counsel. Unfortunately the proposed adjourned date of April 17, 2008 presents a problem for Ms. DeVivo due to a personal matter scheduled for that date. In addition the 4:00 p.m. time slot conflicts with a conference I have before Judge Sullivan in 07 Civ. 11349. With the consent of defense counsel I respectfully request that the initial court conference scheduled for April 17, 2008 be rescheduled for April 14, 16, 22, or 23.

Respectfully,

David L. Mazaroli

cc: Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
    Attn.: Jessica A. De Vivo, Esq. (Via e-mail: jdevivo@cckvt.com)

Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
Attn.: Gregory S. Katz, Esq. (Via e-mail: gregory.katz@wilsonelser.com)

Keane & Marlowe, LLP
Attn.: Mary Ann Marlowe, Esq. (Via e-mail: mmarlowe@keaneandmarlowe.com)

[Handwritten notation dated 4/9/08: "I do hope you meant what you said in your April 3, 08 letter + that this matter will go away - on that presumption I can see you at 11 AM on the 14th on call chambers to confirm my availability. SO ORDERED. /s/ Harold Baer, USDJ"]

Endorsement:

    I do hope you meant what you said in your April 1, 2008 letter and that this matter will go away - on that presumption and if I'm correct I can see you at 11 AM on the 14th - Call Chambers to check my availability.