Mary Ann C. Marlowe ( MM-0723)
KEANE & MARLOWE, LLP
Attorneys for Defendants
INDEPENDENT CONTAINER LINE, LTD
197 Route 18 South, Suite 3000
East Brunswick, N.J. 08816
(732) 951-8300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
HANSA MEYER GLOBAL TRANSPORT
GmbH & Co. KG,                                                           08 Civil 01028 (HB)

                Plaintiff,

                                                                                 **INDEPENDENT**
-against-                                                                          **CONTAINER LINE LTD.**

INDEPENDENT CONTAINER LINE LTD; ICL;            **RULE 7.1 CERTIFICATION**
EXACTA INTERNATIONAL INC.; SWIFT
TRANSPORTATION CO. INC.,

                Defendants.
---------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for INDEPENDENT CONTAINER LINE LTD. certifies that upon information and belief, this defendant has no corporate parents, subsidiaries, or affiliates which are publicly traded in the United States.

Dated:  New York, New York
       April 14, 2008

                                            KEANE & MARLOWE, LLP

                         By:   S/ Mary Ann C. Marlowe_____
                                 Mary Ann C. Marlowe (MM-0723)
                                 Attorneys for Defendant
                                 INDEPENDENT CONTAINER LINE LTD.
                                 197 Route 18 South, Suite 3000
                                 East Brunswick, N.J. 08816
                                 (732) 951-8300
                                 300 Park Avenue – 17th Floor
                                 New York, New York 10022
                                 (212) 572-6210