David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place - Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

---------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HANSA MEYER GLOBAL TRANSPORT
GmbH & Co. KG.

        Plaintiff,

   -against-

INDEPENDENT CONTAINER LINE LTD;
ICL; EXACTA INTERNATIONAL INC.;
SWIFT TRANSPORTATION CO. INC.,

        Defendant.
---------------------------------------------------------------X

08 Civ. 1028 (HB)

**STIPULATION & ORDER
OF DISCONTINUANCE
<u>WITH PREJUDICE</u>**

    A settlement agreement having been reached between plaintiff and defendant Swift Transportation Co. Inc., it is hereby stipulated that this action, including all cross-claims and claims for indemnity, is discontinued as to all parties pursuant to Rule 41(a)(1) and (c) Federal Rules of Civil Procedure, with prejudice but with each party to pay its own costs and attorney fees.

    It is further stipulated and agreed that, if the settlement funds are not paid within forty-five days (45) of the entry of this order, this action will be restored to the active docket of this Court by letter application of plaintiff's counsel. *[handwritten insertions: "any party may apply to have the matter" and "The Clerk is directed to Close this file & Remove this case from my docket"]*

Dated: New York, New York
       May 22, 2008

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

08 Civ. 1028 (HB)
Stipulation & Order of Discontinuance
with Prejudice
Page 2

Law Offices
DAVID L. MAZAROLI

By: /s/ David L. Mazaroli
David L. Mazaroli (DM 3929)
Attorney for Plaintiff
11 Park Place - Suite 1214
New York, New York 10007
Tel.: (212)267-8480
Fax : (212)732-7352
e-mail: dlm@mazarolilaw.com
File No.: SVB-1633

Wilson, Elser, Moskowitz
Edelman & Dicker, LLP
Attorneys for Defendant
SWIFT TRANSPORTATION CO. INC.

By: /s/ Gregory S. Katz
Gregory S. Katz (GK-6584)
150 East 42nd Street
New York, New York 10017
Tel.: (212)490-3000

Cichanowicz, Callan, Keane
Vengrow & Textor, LLP
Attorneys for Defendant
EXACTA INTERNATIONAL INC.

By: /s/ Jessica A. De Vivo p.e.a.
Jessica A. De Vivo (JAD-6588)
61 Broadway, Suite 3000
New York, New York 1006
Tel.: (212)344-7042

Keane & Marlowe, LLP
Attorneys for Defendants
INDEPENDENT CONTAINER
LINE LTD; ICL

By: /s/ Mary Ann Marlowe p.e.a.
Mary Ann Marlowe (MM-0723)
197 Route 18 South, Suite 3000
East Brunswick, New Jersey 08816
Tel.: (732)951-8300