| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 7-2-08 |

LAW OFFICES
**DAVID L. MAZAROLI**
11 PARK PLACE
NEW YORK, NY 10007
E-mail: dlm@mazarolilaw.com
Telephone (212) 267-8480
Telefax (212) 732-7352

June 27, 2008

<u>**TELEFAX: (212) 805-7901**</u>

Honorable Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

          Re:    Hansa Meyer Global Transport GmbH & Co., KG
                 v. Independent Container Line Ltd. et al.
                 08 Civ. 1028 (HB)
                 Our File: 8XB-1633

Dear Judge Baer:

      I represent the plaintiffs in this settled action which is the subject of a forty five-day stipulation and order of discontinuance entered on or about May 22, 2008.

      The settlement has not yet been paid. However, I am informed that counsel for the settling defendant is making good faith efforts to secure the settlement check. To avoid prejudice to plaintiff I respectfully request that the deadline for possible reopening of the action be extended up to and including July 21, 2008. If for some reason the Court is not willing to extend the reopening deadline, please consider this as plaintiff's application for restoration of the action to the active docket at this time. The Court's attention is appreciated.

*The deadline is extended to July 21, 2008.*
*So ordered.*
*[signed] Harold Baer, Jr., U.S.D.J. 7/2/08*

                                       Respectfully,

                                       David L. Mazaroli

cc:    Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
       Attn.: Jessica A. De Vivo, Esq. (Via e-mail: jdevivo@cckvt.com)

       Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
       Attn.: Gregory S. Katz, Esq. (Via e-mail: gregory.katz@wilsonelser.com)

       Keane & Marlowe, LLP
       Attn.: Mary Ann Marlowe, Esq. (Via e-mail: mmarlowe@keaneandmarlowe.com)