David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352

RECEIVED
JUL 18 2008
_____ BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

---------------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
HANSA MEYER GLOBAL TRANSPORT
GmbH & Co. KG,

        Plaintiff,

   -against-

INDEPENDENT CONTAINER LINE LTD;
ICL; EXACTA INTERNATIONAL INC.;
SWIFT TRANSPORTATION CO. INC.,

        Defendant.
---------------------------------------------------------------x

08 Civ. 1028 (HB)

**STIPULATION & ORDER
EXTENDING REOPENING
DEADLINE**

    WHEREAS a stipulation and order of discontinuance was entered on May 22, 2008, subject to restoration of the action to the active docket in the event the settlement was not paid within 45 days;

    WHEREAS the restoration deadline was extended on consent of all parties to and including July 21, 2008;

    WHEREAS the settlement has not been paid;

    IT IS HEREBY STIPULATED AND AGREED that the deadline for restoring the action to the active docket of this Court is extended up to and including August 7, 2008.

Dated: New York, New York
       July\_\_\_, 2008

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

7/18/2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-18-08

08 Civ. 1028 (HB)
Stipulation Extending Reopening
Deadline
Page 2

Law Offices
DAVID L. MAZAROLI

By: /s/ David L. Mazaroli
David L. Mazaroli (DM 3929)
Attorney for Plaintiff
11 Park Place - Suite 1214
New York, New York 10007
Tel.: (212)267-8480
Fax.: (212)732-7352
E-mail: dlm@mazarolilaw.com
File No.: 8XB-1633

Cichanowicz, Callan, Keane
Vengrow & Textor, LLP
Attorneys for Defendant
EXACTA INTERNATIONAL INC.

By: /s/ Jessica A. De Vivo p.e.a.
Jessica A. De Vivo (JAD-6588)
61 Broadway, Suite 3000
New York, New York 1006
Tel.: (212)344-7042

Wilson, Elser, Moskowitz
Edelman & Dicker, LLP
Attorneys for Defendant
SWIFT TRANSPORTATION CO. INC.

By: /s/ Gregory S. Katz p.e.a.
Gregory S. Katz (GK-6584)
150 East 42nd Street
New York, New York 10017
Tel.: (212)490-3000

Keane & Marlowe, LLP
Attorneys for Defendants
INDEPENDENT CONTAINER
LINE LTD; ICL

By: /s/ Mary Ann Marlowe
Mary Ann Marlowe (MM-0723)
197 Route 18 South, Suite 3000
East Brunswick, New Jersey 08816
Tel.: (732)951-8300